IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Adam Lee Wilson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18 C 50187 |
| v. ) | |
| ) | Judge Iain D. Johnston |
| Eden Express, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

    On 7/27/2018 this Court referred the plaintiff to materials available on the Court's website to help pro se litigants serve defendants, including information about making an appointment with the Court's Free Self-Help Assistance Program, and required a written report on the status of serving the defendants be filed by 9/4/2018. Dkt. 7. When no report was filed, on 11/27/2018 the Court extended the deadline for the report on service to 2/6/2019, extended the deadline to serve the complaint under Fed. R. Civ. P. 4(m) to 12/31/2018, directed the Clerk to provide the plaintiff with blank USM-285 forms for service by the Marshal, and warned that failing to file the report or return completed USM-285 forms to the Marshal would result in a Report and Recommendation that the case be dismissed for want of prosecution. To date, the plaintiff has not filed the report and has not returned completed USM-285's. Dkt. 9. In fact, on 12/11/2018 the plaintiff traveled to the courthouse to return the blank USM-285 forms, telling Clerk's Office personnel that he could not complete the forms because he is terminally ill. Because the plaintiff did not return completed USM-285 forms by 2/6/2019, did not file a report on the status of serving the defendants by that date, because he returned the blank forms to the Clerk, and in light of the deadline to serve the complaint having passed on 12/31/2018, it is this Court's Report and Recommendation that this case be dismissed for want of prosecution. Any objection to this Report and Recommendation is due by 2/25/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: February 7, 2019                                         /s/Iain D. Johnston
                                                                                 U.S. Magistrate Judge